IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

WILLIAM O. DALE and
A. JAMES STREELMAN,

 Plaintiffs,

v.          CIV 16-953 KBM/KK

EQUINE SPORTS MEDICINE & SURGERY
RACE HORSE SERVICE, PLLC. And
DR. BOYD CLEMENT,

 Defendants.

## DISMISSAL WITHOUT PREJUDICE

 COMES NOW, Plaintiffs William O. Dale and A. James Streelman, by and through their undersigned counsel, and do hereby dismiss the above styled and numbered cause of action without prejudice.

 Pursuant to Federal Rules of Civil Procedure Rule 41 Dismissal of Actions (a)(1)(A)(i) dismissal is proper voluntarily by Plaintiff because the Defendants have not file either an Answer or a Motion for Summary Judgment.

 Respectfully submitted this 10th day of January, 2017.

         */s/ Dori E. Richards*
         Dori E. Richards, Esq.

         *A. Blair Dunn*
         A. Blair Dunn, Esq.

         *Attorneys for Plaintiffs*
         Western Agriculture, Resource and
         Business Advocates, LLP
         1005 Marquette Ave NW
         Albuquerque, NM 87102
         (505) 750-3060

## **CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that a copy of the foregoing was filed via the Court's CM/ECF system on this 10th day of January, 2017, causing all parties to be served electronically.

*A. Blair Dunn*
A. Blair Dunn. Esq.